

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00885-CR

The **STATE** of Texas,
Appellant

v.

Luis Enrique **RODRIGUEZ RODAS**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13929CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 27, 2025.

_____
Adrian A. Spears II, Justice